No. 277. AUTOMATIC DEVICES CORP. *v.* SINKO TOOL & MANUFACTURING Co. March 31, 1941. The motion for leave to file petition for rehearing is granted. The petition for rehearing is granted. The order denying certiorari, 311 U. S. 673, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit is granted, limited to the question whether claims 2, 3, and 11 of the Mead patent No. 1,736,544 are valid. *Messrs. Drury W. Cooper, Thomas J. Byrne,* and *Henry M. Huxley* for petitioner. *Messrs. Bernard A. Schroeder, Russell Wiles,* and *George A. Chritton* for respondent.

No. 51. WRIGHT *v.* UNION CENTRAL LIFE INSURANCE Co. ET AL. January 13, 1941. Motion of petitioner for leave to file a petition for rehearing granted, and the petition for rehearing is denied. 311 U. S. 273.

No. 51. WRIGHT *v.* UNION CENTRAL LIFE INSURANCE Co. ET AL. January 13, 1941. Petition of Union Central Life Insurance Co. for rehearing denied. 311 U. S. 273.

No. 47. WISCONSIN ET AL. *v.* F. W. WOOLWORTH Co. January 13, 1941. Petition for rehearing denied. MR. JUSTICE STONE took no part in the consideration and decision of this application. 311 U. S. 622.